**1097** RICH (Governor) vs. BOARD OF STATE CANVASSERS, No. 13996, 100 M., 453

To compel respondent to reconvene and recanvass votes cast upon the question of the adoption of an amendment to the Constitution, relative to the salary of the Attorney General, where after the Board of State Canvassers had canvassed the votes cast for and against the adoption of the amendment, and after the officers composing the board had gone out of office, it is made to appear that a palpable mistake was committed, due in part to the unauthorized rejection of the returns from one county, and in part to a fraudulent and criminal alteration of the returns from another county, thereby changing the result of the vote in the State.

Granted May 22, 1894.

**1098** BELKNAP vs. BOARD OF STATE CANVASSERS, No. 13351, 95 M., 155.

To compel respondents to canvass the returns forwarded to said board by the Board of Canvassers of Ionia County, in obedience to the mandate of this court in Belknap vs. Board of Canvassers (Ionia), 94 M., 516, without reference to the resolution rejecting the vote of Lyons Township.

Granted February 14, 1893.    Opinion filed March 10, 1893.

Relator was a candidate for Congress in the Fifth Congressional District, at the November election, 1892.